AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Richard Kallman, as Co-Trustee, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-08291-AT |
| Kineret Kallman, as Co-Trustee, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Ira Allen Walker.

Date: 11/01/2024

/s/ Stephen M. Sinaiko
*Attorney's signature*

Stephen M. Sinaiko
*Printed name and bar number*
Cohen & Gresser LLP
800 Third Avenue
New York, New York  10022

*Address*

ssinaiko@cohengresser.com
*E-mail address*

(212) 957-7600
*Telephone number*

(212) 957-4514
*FAX number*