UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

Richard Kallman as Co-Trustee of the Kallman Family
Irrevocable Trust and Richard Kallman Individually,   Case No. 1:24-cv-08291-AT

                                Plaintiffs,

      -against-

Kineret Kallman as Co-Trustee of the Kallman Family   NOTICE OF APPEARANCE
Irrevocable Trust, Kineret Kallman Individually, Ira
Allen Walker, UBS Financial Services, Inc., and
Unknown UBS Employees 1-10,

                                Defendants.
-------------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Ellen B. Resnick, associate of the firm of Alan S. Futerfas, with law offices located at 565 Fifth Avenue, 7th floor, New York, New York, 10017, will appear as attorney of record for Plaintiffs Richard Kallman as Co-Trustee of the Kallman Family Irrevocable Trust and Richard Kallman Individually, in the above-captioned matter.

Dated:  New York, New York
          November 5, 2024

                                                          Yours,

                                                           /s/

                                                           Ellen B. Resnick
                                                           Law Offices of Alan S. Futerfas
                                                           565 Fifth Avenue, 7th floor
                                                           New York, New York 10017
                                                          (Office) 212 - 684 - 8400
                                                          *ebresnick@futerfaslaw.com*

cc: All Counsel (by ECF)