UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Richard Kallman as Co-Trustee of the Kallman Family Irrevocable Trust and Richard Kallman Individually,

        Plaintiffs,

        v.

Kineret Kallman as Co-Trustee of the Kallman Family Irrevocable Trust, Kineret Kallman Individually, Ira Allen Walker, UBS Financial Services, Inc., and Unknown UBS Employees 1-10,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1-24-cv-08291

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that I, Zoe Lo, of Katten Muchin Rosenman LLP, hereby enter my appearance as counsel of record for Defendants UBS Financial Services Inc. and Unknown UBS Employees in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 5, 2024

                                                      Respectfully submitted,

                                                      By: _____*/s/ Zoe Lo*_____
                                                          Zoe Lo
                                                         Katten Muchin Rosenman LLP
                                                         50 Rockefeller Plaza
                                                         New York, NY 10020-1605
                                                         Phone: +1.212.940.6577
                                                         Fax: +1.212.940.8776
                                                         zoe.lo@katten.com

                                                         *Attorney for Defendants UBS*
                                                         *Financial Services Inc. and Unknown*
                                                         *UBS Employees*