UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x

Richard Kallman as Co-Trustee of the Kallman Family Irrevocable Trust and Richard Kallman Individually,

        Plaintiffs,

        v.

Kineret Kallman as Co-Trustee of the Kallman Family Irrevocable Trust, Kineret Kallman Individually, Ira Allen Walker, UBS Financial Services, Inc., and Unknown UBS Employees 1-10,

        Defendants.

------------------------------------------- x

Case No.: 1-24-cv-08291

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, David L. Goldberg, of Katten Muchin Rosenman LLP, hereby enter my appearance as counsel of record for Defendants UBS Financial Services Inc. and Unknown UBS Employees in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 5, 2024

                Respectfully submitted,

                By:  /s/ *David L. Goldberg*
                    David L. Goldberg
                    Katten Muchin Rosenman LLP
                    50 Rockefeller Plaza
                    New York, NY 10020-1605
                    Phone: +1.212.940.6787
                    Fax: +1.212.940.8776
                    david.goldberg@katten.com

                    *Attorney for Defendants UBS Financial Services Inc. and Unknown UBS Employees*