AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Richard Kallman, as Co-Trustee, et al. )
  *Plaintiff* )
v. ) Case No. 1:24-cv-08291-AT
Kineret Kallman, as Co-Trustee, et al. )
  *Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Richard Kallman, as Co-Trustee and Richard Kallman, Individually

Date: 11/05/2024

*Attorney's signature*

Michael P. Richter
*Printed name and bar number*

Grant Herrmann Schwartz & Klinger, LLP
107 Greenwich St., 25th Floor
New York, New York 10006

*Address*

mrichter@ghsklaw.com
*E-mail address*

(212) 682-1800
*Telephone number*

(212) 682-1850
*FAX number*